3:25 cv 1656

In the United States District Court
for the Middle District of Pennsylvania

FILED
HARRISBURG, PA
SEP 04 2025
PER ___JBR___
DEPUTY CLERK

Andrew J. Ostrowski / Pennsylvania Civil Rights Law Network, Plaintiff v. Central Intelligence Agency; Federal Bureau of Investigation; Mossad; Brian Graff; Stefan Kruszewski; Sean Quinn; Dan Bongino; New York City Police Commissioner; Charles Lantini; Richard Hughes; Jeffrey Smith; Wilkes-Barre Police Chief Lendacky and Officer Smith; Becky Lyttle; April Harder; Steve Runyeon; Rebecca Faerber; Hadassah Feinberg; Rafael Harris; Dave Gochin; Ted Savage; Peter Uehn; Steve Skibs; Lesa Gelb; Kenny Lyons; John DiLiberto; Lou Jasikoff; Fox News; Susan Schwab; Kit Conner; Larry Sterzel; Matthew Brann; Judy Fisher; Julie Notel; Northeast Eye Institute; Great Clips; John/Jane Does 1-5; and Satan

Defendants     Dan Ostrowski; Lorraine Ostrowski; Peggy Evans;
              Federal Reserve; Pennsylvania Supreme Court; the
Complaint                                              Holy See

In the Name of God, the Merciful, the Compassionate, I bring this Complaint, and in support thereof, aver as follows:

1. This action is brought pursuant to 42 U.S.C. §1983 as well as ~~the Bivens~~ directly under the U.S. Constitution per Bivens, and jurisdiction is proper pursuant to 28 U.S.C. §§ 1331 and 1343, as well as 28 U.S.C. §1367 for Plaintiff's state law claims.

Venue is proper in this district as well as the Eastern District of Pennsylvania where a related action is now pending.

① Any illegibility herein may result from the preparation of this document with a 4-inch rubber pen, and I am sure Defendants CIA and FBI can figure it out for the rest, if necessary.

2. Plaintiff is incarcerated unlawfully in the Lancaster County Prison at the time of this filing, but the conditions of his confinement are not at issue and the Prison Litigation Reform Act does not apply.

3. Plaintiff moves for the recusal of this case from the Middle District, as it involves current and a former jurist(s) of this District.

In addition, Plaintiff has prepared a Declaration in a matter now pending in this Court, Fernley, et al. v. Dauphin County Social Services for Children and Youth, et al., wherein he elaborates upon corrupt practices in this Court and seeks the removal of the name of Sylvia J. Rambo from the Courthouse in Harrisburg.

As such, there is no way this case can be heard in this District, and it should be transferred to the Eastern District and consolidated with the related action now pending at Ostrowski v. Groff, et al..

Further transfer may be sought in that Court.

4. Plaintiff intends to pay the filing fee, but is unable to presently due to his unlawful incarceration and the related intentional deprivation of his access to his available financial resources.

This matter should be briefly stayed until Plaintiff secures his release from his unlawful imprisonment so that Plaintiff can pay the filing fee and arrange for service of this Complaint.

5. This matter involves a conspiracy extant for over 20 years with the object of shutting Plaintiff up by any means necessary, including his murder, in order to distract him from his

Divine mission of eradicating the evil that is at the core of the judiciary in this country. The conspiracy has Satan, Stefan Kruszewski, the CIA, the FBI, the Holy See, and Mossad, and their agents, at its hub, and various spokes involving the named Defendants at various times through the present.

6. Sean Quinn, Richard Hughes, Jeffrey Smith, Lesa Gelb, Kenny Lyons, Charles Lentini, John Diliberto and Len Vasicoff were involved in the conspiracy to use Karen Padavan (dec.) to destroy Plaintiff psychologically, ~~by medically most~~ through use of the Luzerne County Courts, and otherwise, which led to the death of Ms. Padavan.

7. Becky Little, Rebecca Scesler, Steve Runyon, April Header and Dave Gochin were involved in the conspiracy to offer Plaintiff the promise of financial and romantic rewards in an effort to distract him from his Divine mission.

8. Dan Bongino, NYC Police Commissioner, John/Jan Does NYC police personnel, Fox News were involved in a July 4, 2025 effort to keep Plaintiff from sharing the Declaration referenced at ¶3 with President Trump by, in part, orchestrating the contrived shut down of Trump Tower NYC on that date.

9. Hadassah Feinberg, Rafael Harris, Susan Schwab and others, were involved in a contrived scenario leading to state and federal lawsuits that were intended to draw the Plaintiff in and distract him from his mission.

10. Ted Savage was involved in a plot to effectuate Plaintiff's murder on June 5, 2025.

11. Kid Conner and Matthew Brann conspired to deny Plaintiff the right to practice law in the Middle District.

12. Northeast Eye Institute, its Hr. John Doe doctor who performed surgery on Plaintiff, Great Clips and its Jane Doe employee were involved in coordinated assaults and batteries upon the Plaintiff in 2024 and 2025.

13. Julie Natal was involved as an agent of one or more of the high conspirators to conduct unlawful monitoring and surveillance of Plaintiff through the present.

14. Peter Hahn and Steve Skrlec were involved in an effort to have Plaintiff falsely charged with a crime for his efforts to expose the coverup of the Catholic church priest child molestation and pederasty scandal.

15. The Federal Reserve and Pennsylvania Supreme Court are named in a prior action, Ostrowski/PCRLN v. The American System of Justice, which Plaintiff seeks to join. The Pennsylvania Supreme Court additionally has been involved through its agents, including Stefan Kruszewski, in the foregoing conspiracies.

16. Bryan Guff has been involved in an effort to destroy Plaintiff's familial relationships.

17. As a direct and proximate result of the foregoing, the Plaintiff has been egregiously and intentionally injured in his person and property.

18. Plaintiff will likely seek equitable and injunctive relief variously at times throughout this litigation.

WHEREFORE, Plaintiff seeks compensatory and punitive damages from the Defendants jointly and/or severally, in the multiple millions of dollars, together with equitable, declaratory and such other relief as is just and proper.

[signature]

8/27/25

5/27/25

Dear Clerk,

Please file the enclosed Complaint and Motion for Brief Stay, Temporary IFP status and Full Bench Recusal, and return docketed copies to me, along with Summonses and Request for Waiver of Service and Waiver of Service forms to me.

Due to my temporary IFP status, I am unable to enclose extra copies and a return envelope, and I request this service as an IFP accommodation.

Thank you,

CLPCH

Inmate Number 20180001559
Lancaster County Prison
625 E. King St.
Lancaster, PA 17602

if returned undeliverable to:
257 E. Main St.
Wilkes-Barre, PA 18705

P.S. please excuse any illegibility - due to my unlawful imprisonment I am forced to prepare these documents with a 4-inch rubber pen. I believe they all can be read sufficiently, and I can offer corrections TV

Name Andrew Ostrowski  2025001559
Number
Lancaster County Prison
Drawer C
625 East King Street
Lancaster, PA 17602-3199

HARRISBURG PA  171
29 AUG 2025 PM 2 L



United States District Court
Clerk of Courts
1501 N. 6th St.
Harrisburg, PA 17102

RECEIVED
HARRISBURG, PA

SEP 04 2025

PER ___IBR___
DEPUTY CLERK

17102-110401