# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

ANDREW J. OSTROWSKI,

Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY, et al.,

Defendants.

CIVIL ACTION NO. 3:25-CV-01656

(SAPORITO, J.)

FILED
WILKES BARRE
NOV 04 2025
PER ___ DEPUTY CLERK

## ORDER

Plaintiff, Andrew J. Ostrowski, incarcerated at the Lancaster County Prison, Lancaster, Pennsylvania, lodged this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 without a proper application to proceed *in forma pauperis* or submitting the filing fee. (Doc. 1). He filed a motion stating that he "fully intends to pay the filing fee, but is temporarily unable to" due to his imprisonment. (Doc. 2). Although labeled in part as a request for "temporary IFP status," the motion was not supported by an affidavit and did not demonstrate his indigency. *See* 28 U.S.C. § 1915(a).

Accordingly, on September 4, 2025, an Administrative Order issued in this case informing plaintiff that this action would not proceed unless

plaintiff, within thirty (30) days of the date of the Administrative Order, either: (1) tendered to the "Clerk, U.S. District Court" payment in the amount of $405.00, which represented a statutory filing fee in the amount of $350.00 and a $55.00 Administrative Fee; **or** (2) filed a properly completed and signed application to proceed *in forma pauperis*. An appropriate application to proceed *in forma pauperis* was enclosed with the Administrative Order. Plaintiff was advised that failure to comply with the terms of the Administrative Order within thirty (30) days would cause the case to be dismissed without prejudice. (Doc. 3).

Plaintiff has submitted letters requesting the Court to take various actions on his behalf (Docs. 5-7); however, more than thirty (30) days have elapsed, and plaintiff has not requested an additional extension of time in which to pay the filing fee or to submit the appropriate application to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED THAT** plaintiff's motion (Doc. 2) is **DENIED**, this action is dismissed without prejudice, and the Clerk of Court shall close this file.

Dated: November 4, 2025

JOSEPH F. SAPORITO, JR.
United States District Judge